IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Terry Weese | Case No. 09-13100-PMC |
| Renee Weese | Chapter 13 Proceedings |
| Debtors | Hon. Pat E. Morgenstern-Clarren |

**CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS' AMENDED PLAN FILED WITH THE COURT ON JUNE 2, 2009**

Now comes CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee herein, and objects to the Debtors' Amended Plan filed with the Court on June 2, 2009 (hereinafter "Debtors' Amended Plan"). In support of his objection, the Trustee makes the following representations to the Court:

1. The Debtors' Amended Plan does not resolve the Trustee's Objection to Confirmation filed with the Court on June 4, 2009.

2. Therefore, the Debtors' Amended should not be granted.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtors' Amended for the reasons cited.

/S/ Holly Davala
HOLLY DAVALA (#0070447)
Staff Attorney for Chapter 13 Trustee
200 Public Square
BP Tower, Ste. 3860
Cleveland OH 44114-2321
(216) 621-4268

## NOTICE OF CERTIFICATE OF SERVICE

A copy of the foregoing Objection will be served electronically and/or by regular U.S. Mail, unless otherwise noted, this 8th day of June, 2009 to the following:

Paul J. Silver, Attorney for Debtors
(Via Electronic Mail)

Terry Weese, Debtor
Renee Weese, Debtor
10302 Hobart Road
Kirtland, OH 44094

                                        /S/ Holly Davala
                                        HOLLY DAVALA (#0070447)

HD/tm
6/8/09