IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  Terry Weese                    Case No. 09-13100-PMC
        Renee Weese                    Chapter 13 Proceedings
        Debtors                        Hon. Pat E. Morgenstern-Clarren

**CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS' MODIFIED PLAN FILED WITH THE COURT ON JULY 16, 2009**

Now comes CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee herein, by and through counsel, and hereby objects to the Debtors' Modified Plan filed with the Court on July 16, 2009 (hereinafter "Debtors' Modified Plan"). In support of his objection, the Trustee makes the following representations to the Court:

1. The Debtors' Modified Plan does not comply with the Trustee's Objection to Confirmation filed with the Court on June 4, 2009.

2. Furthermore, it appears the Debtors are trying to pay their first mortgage with Chase through the Chapter 13 Trustee, but the Chapter 13 Trustee has not received those payments.

3. Therefore, the Debtors' Modified Plan should not be granted.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtors' Modified Plan for the reasons cited.

/S/ Holly Davala
HOLLY DAVALA (#0070447)
Staff Attorney for Chapter 13 Trustee
200 Public Square
BP Tower, Ste. 3860
Cleveland OH 44114-2321
(216) 621-4268

## NOTICE OF CERTIFICATE OF SERVICE

A copy of the foregoing Objection will be served electronically and/or by regular U.S. Mail, unless otherwise noted, this 17th day of July 2009 to the following:

Paul J. Silver, Attorney for Debtors
(Via Electronic Mail)

Terry Weese, Debtor
Renee Weese, Debtor
10302 Hobart Road
Kirtland, OH 44094

/S/ Holly Davala
HOLLY DAVALA (#0070447)

HD/tm
7/17/09