IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 09-13100
)
Terry Weese ) JUDGE MORGENSTERN-CLARREN
Renee Weese )
    Debtors ) CHAPTER 13
)
) DEBTOR'S NOTICE TO CONVERT CASE
) FROM CHAPTER 13 TO CHAPTER 7
) ALLOW FOR NOTICE TO CREDITORS

    The Debtors, pursuant to 11 U.S.C. §1307(a), hereby elect to convert the above captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

    1, This case was filed on April 13, 2009, is a case under Chapter 13 of the Bankruptcy Code.

    2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relied under Chapter 7 of the Bankruptcy Code.

Date: August 10, 2009

Respectfully submitted,
/s/ Paul Silver
Paul J. Silver (0038042)
Attorney For Debtors
2000 Lee Rd. Ste. 23
Cleveland Heights, Ohio 44118
(216) 371-5220

/s/ Terry Weese
Terry Weese

8/10/09
Date

/s/ Renee Weese

8/10/09
Date

(s0p12v10h0s0b4099T                    | EXHIBIT "A"

Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713


Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Chase
Bank One Card Serv
Westerville, OH 43081


Chase Mort
3415 Vision Dr
Columbus, OH 43219


Citi
Pob 6241
Sioux Falls, SD 57117


Citimortgage
Po Box 9438
Gaithersburg, MD 20898


Discover Fin
Pob 15316
Wilmington, DE 19850


Gmac
P.O. Box 2150
Greeley, CO 80632


Hfc - Usa
Pob 1547
Chesapeake, VA 23327


Hilton Grand Vacations
HOA Accounting
6355 Metrowest Blvd. Ste. 180
Orlando, FL 32835-7606


Homedn/Gemb
Po Box 981439
El Paso, TX 79998


Infibank
P.O. Box 3412
Omaha, NE 68197

6001 Landerhaven
Cleveland, OH 44124

Natl Cty Crd
K-A16-2j
Kalamazoo, MI 49009

Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57117

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Washmtl/Prov
Po Box 9180
Pleasanton, CA 94588

Wffinancial
9244 Mentor Ave.
Mentor, OH 44060

**Craig Shopneck**
**Chapter 13 Trustee**
**BP Tower**
**200 Public Square**
**Cleveland, Ohio 44114-2321**