IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ N.C. Marszal
　　　Deputy Clerk

Dated: August 13, 2009

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re:　　Terry Weese　　　　　　　　　) Chapter 13 Case No. 09-13100-M
　　　　　XXX-XX-0586　　　　　　　　)
　　　　　Renee Weese　　　　　　　　　) Hon. Pat E. Morgenstern-Clarren
　　　　　XXX-XX-1129　　　　　　　　)
　　　　　　Debtors　　　　　　　　　　)

### ORDER RELEASING WAGES FROM THE JURISDICTION OF THE COURT

　　　This case came on for consideration upon the motion of the Chapter 13 Trustee for an order releasing the wages of the debtors from the jurisdiction of the Court, because wage deductions are no longer necessary for the chapter 13 plan. Upon consideration of the representations of the Trustee,

　　　**THE COURT FINDS** that Motion of the Trustee is well taken and should be granted.

　　　**IT IS, THEREFORE, ORDERED:**

1. That the debtors and the employers of the debtors, if applicable, are hereby released from the Court's Order of July 20, 2009, pertaining to the wages of the debtors; and

2. That the Court hereby surrenders jurisdiction over the future earnings of the debtors. A copy of this Order shall be served by mail upon the employer.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

### SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

Paul J Silver, Attorney for Debtors (served via ECF)

Renee & Terry Weese, Debtors
10302 Hobart Road
Kirtland OH 44094

Swagelok Co, Employer
Attn: Payroll, 6262 Cochran Road
Solon OH 44139


CS/bas
08/12/09


###