IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-13100 |
| Terry Weese | CHAPTER 7 |
| Renee Weese | |
| Debtor(s) | JUDGE MORGENSTERN-CLARREN |
| | AMENDED SCHEDULES I AND J |

### AMENDMENT TO SCHEDULES I and J

The Debtor's, having on August 10, 2009 filed a notice to convert their Chapter 13 petition to a Chapter 7 hereby files an amended Schedule I and J pursuant to instructions from the office of the U.S. Trustee

Schedule I has been amended to show the Debtor-Spouse's reduced income. Schedule J has been amended to show anticipated rental expenses.

/S/ PAUL J. SILVER
Paul J. Silver (0038042)
Attorney-at-law
2000 Lee Road Ste. 23
Cleveland Heights, Ohio 44118
(216) 371-5220

### CERTIFICATE OF SERVICE

The aforegoing Amended Schedules I and J and Amended Summary and Amended

Statistical Summary was served on the US Trustee electronically, and on the all creditors listed on the attached matrix by Regular U.S. Mail this 9th day of September 2009.

/S/ PAUL J. SILVER
Paul J. Silver (0038042)
Attorney for the Debtors
2000 Lee Road Ste. 23
Cleveland Heights, Ohio 44118
(216) 371-5220
#0038042

# United States Bankruptcy Court
## Northern District of Ohio

In re  Terry Weese,  
Renee Weese  
Debtors

Case No. __09-13100__

Chapter __13__

## Numbered Listing of Creditors

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | aaaa | Unsecured claims | 0.00 |
| 2. | Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 | Unsecured claims | 12,836.00 |
| 3. | Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 | Unsecured claims | 4,934.00 |
| 4. | Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 | Unsecured claims | 0.00 |
| 5. | Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | Unsecured claims | 6,410.00 |
| 6. | Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | Unsecured claims | 21,229.00 |
| 7. | Chase Mort<br>3415 Vision Dr<br>Columbus, OH 43219 | Secured claims | 219,609.04 |
| 8. | Citi<br>Pob 6241<br>Sioux Falls, SD 57117 | Unsecured claims | 17,292.00 |
| 9. | Citimortgage<br>Po Box 9438<br>Gaithersburg, MD 20898 | Secured claims | 121,848.00 |
| 10. | Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | Unsecured claims | 10,273.00 |
| 11. | Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | Unsecured claims | 5,486.00 |
| 12. | Gmac<br>P.O. Box 2150<br>Greeley, CO 80632 | Secured claims | 12,298.00 |
| 13. | Hfc - Usa<br>Pob 1547<br>Chesapeake, VA 23327 | Unsecured claims | 6,550.00 |

In re  Terry Weese,
      Renee Weese

Case No. **09-13100**

Debtors

## Numbered Listing of Creditors
(Continuation Sheet)

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 14. | Hfc - Usa<br>Pob 1547<br>Chesapeake, VA 23327 | Unsecured claims | 0.00 |
| 15. | Hilton Grand Vacations<br>HOA Accounting<br>6355 Metrowest Blvd. Ste. 180<br>Orlando, FL 32835-7606 | Unsecured claims | 882.80 |
| 16. | Homedn/Gemb<br>Po Box 981439<br>El Paso, TX 79998 | Unsecured claims | 0.00 |
| 17. | Infibank<br>P.O. Box 3412<br>Omaha, NE 68197 | Unsecured claims | 0.00 |
| 18. | Metropolitan Savings Bank<br>6001 Landerhaven<br>Cleveland, OH 44124 | Unsecured claims | 0.00 |
| 19. | Natl Cty Crd<br>K-A16-2j<br>Kalamazoo, MI 49009 | Unsecured claims | 3,783.00 |
| 20. | Sears/Cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57117 | Unsecured claims | 12,579.00 |
| 21. | Thd/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured claims | 1,364.00 |
| 22. | Thd/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured claims | 0.00 |
| 23. | Washmtl/Prov<br>Po Box 9180<br>Pleasanton, CA 94588 | Unsecured claims | 3,346.00 |
| 24. | Washmtl/Prov<br>Po Box 9180<br>Pleasanton, CA 94588 | Unsecured claims | 3,153.00 |
| 25. | Wffinancial<br>9244 Mentor Ave.<br>Mentor, OH 44060 | Unsecured claims | 195.00 |

B6I (Official Form 6I) (12/07)

In re **Terry Weese**
**Renee Weese**
Debtor(s)

Case No. **09-13100**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Son<br>Daughter<br>Daughter | AGE(S):<br>11<br>16<br>17<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Set Up Operator | Call Center Agent |
| Name of Employer | Swagelok | Progressive |
| How long employed | 19 Years | 17 Months |
| Address of Employer | 6262 Cochran Rd.<br>Solon, OH 44139-3384 | 300 North Commons Blvd.<br>Mayfield Village, OH 44143 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,482.40 | $ 1,848.75 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,482.40 | $ 1,848.75 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 669.72 | $ 197.67 |
|    b. Insurance | $ 272.87 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): **401 K Loan** | $ 336.81 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,279.40 | $ 197.67 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,203.00 | $ 1,651.08 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 140.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 140.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,203.00 | $ 1,791.08 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,994.08 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Current income for Debtor / Spouse is less than indicated on Form 22. due to a reduction of hours worked.**

B6J (Official Form 6J) (12/07)

In re  **Terry Weese**
    **Renee Weese**                                Case No. **09-13100**
                           Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,900.00 |
| a. Are real estate taxes included? | Yes _X_   No ___ | |
| b. Is property insurance included? | Yes _X_   No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 400.00 |
|     b. Water and sewer | | $ 35.00 |
|     c. Telephone | | $ 30.00 |
|     d. Other **See Detailed Expense Attachment** | | $ 263.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 150.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 300.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 150.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 0.00 |
|     b. Life | | $ 0.00 |
|     c. Health | | $ 0.00 |
|     d. Auto | | $ 180.00 |
|     e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) **RITA** | | $ 32.50 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 292.81 |
|     b. Other | | $ 0.00 |
|     c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 216.67 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,949.98 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Rent figure is an estimate of what debtor's will pay in rent once they surrender home and idischarge 1st and 2nd mortgages. Current mortgage payments are $3,371.60.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,994.08 |
| b. Average monthly expenses from Line 18 above | $ 4,949.98 |
| c. Monthly net income (a. minus b.) | $ 44.10 |

B6J (Official Form 6J) (12/07)

In re  Terry Weese
      Renee Weese
                                        Debtor(s)

Case No.  **09-13100**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cell Phone | $ 150.00 |
| Cable | $ 100.00 |
| Garbage Pick Up | $ 13.00 |
| **Total Other Utility Expenditures** | $ 263.00 |

**Other Expenditures:**

| | |
|---|---|
| Educaton Expenses / School Fees | $ 41.67 |
| Dog food, other pet expenses. | $ 40.00 |
| School Lunches | $ 135.00 |
| **Total Other Expenditures** | $ 216.67 |