UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 09-13100 |
| | ) | |
| Terry & Renee Weese, | ) | Chapter 7 |
| | ) | |
| Debtors | ) | JUDGE PAT E. MORGENSTERN-CLARREN |

**UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE**

The United States trustee has reviewed all materials filed by the debtors and has determined that the debtors' case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

                 **Respectfully submitted,**

                 **DANIEL M. McDERMOTT**
                 **United States trustee**
                 **Region 9**

  by:    /s/Derrick V. Rippy
        Derrick V. Rippy
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee
        201 E. Superior Avenue
        Suite 441
        Cleveland, Ohio 44114
        (216) 522-7800 x. 232
        (216) 522-7193 Facsimile
        Derrick.V.Rippy@usdoj.gov

## Certificate of Service

      I certify I served a copy of the foregoing *Statement of Presumed Abuse* on the following parties on this 11th day of September, 2009:

**Terry & Renee Weese**
10302 Hobart Road
Kirtland, OH 44094

**Paul J Silver**
2000 Lee Rd. #23
Cleveland Heights, OH 44118

                                                */s/Derrick V. Rippy*
                                                Derrick V. Rippy