United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Paul J. Silver  **Case Number:** 09–13100–pmc

**Debtor(s):** Terry Weese  **Judge:** PAT E MORGENSTERN–CLARREN
Renee Weese

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 15 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons
☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state
☐ Answer was filed before order.
☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect
☐ Attorney name block required on . Name block must include attorney name,
  firm, address, telephone number, and Northern District of Ohio bar registration number.
☐ Bar registration number required on
☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.
☐ Certificate of service indicating name and address of parties served and date of service.
☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.
☐ Electronic filing required per General Order 03–1
☐ Exhibit A is not attached.
☐ Filing Fees ☐ payment required ☐ incorrect fee paid
☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date
☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.
☐ Legal Property Description with Permanent Parcel Number.
☐ Notice to Individual Consumer Debtor under §342 (b) of the Bankruptcy Code.
☐ Orders must be filed after scheduled hearing (with the exception of agreed orders).
☐ Order ☐ Returned due to dismissal ☐ Requires changes noted by judge ☐ Submit to judge's order box
☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.
☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.
☐ Petition ☐ not Official Form 1/08 ☐ incomplete ☐ needs signature
☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order
  without factual findings.
☐ Signature ☐ original required.  ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor
☐ Motions are granted and Objections are sustained.
☑ Other. See comments/instructions.

**Comments/Instructions:**
Form 23 (12/08) Is Required. Please Submit Within 15 Days Or Case May Be Closed Without Issuance Of The Discharge Order.

Deputy Clerk: **/s/ Greg Nunn**
Date: **November 4, 2009**
Form ohnb140