United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Paul J. Silver **Case Number:** 09–13100–pmc

**Debtor(s):** Terry Weese **Judge:** PAT E MORGENSTERN–CLARREN
Renee Weese

**Re:** ☐ Orders for Judge's Consideration ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 15 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons
☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state
☐ Answer was filed before order.
☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect
☐ Attorney name block required on . Name block must include attorney name,
   firm, address, telephone number, and Northern District of Ohio bar registration number.
☐ Bar registration number required on
☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.
☐ Certificate of service indicating name and address of parties served and date of service.
☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.
☐ Electronic filing required per General Order 03–1
☐ Exhibit A is not attached.
☐ Filing Fees ☐ payment required ☐ incorrect fee paid
☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date
☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.
☐ Legal Property Description with Permanent Parcel Number.
☐ Notice to Individual Consumer Debtor under §342 (b) of the Bankruptcy Code.
☐ Orders must be filed after scheduled hearing (with the exception of agreed orders).
☐ Order ☐ Returned due to dismissal ☐ Requires changes noted by judge ☐ Submit to judge's order box
☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.
☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.
☐ Petition ☐ not Official Form 1/08 ☐ incomplete ☐ needs signature
☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order
   without factual findings.
☐ Signature ☐ original required. ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor
☐ Motions are granted and Objections are sustained.
☑ Other. See comments/instructions.

**Comments/Instructions:**
Form 23 (12/08) Is Required. Please Submit Within 15 Days Or Case May Be Closed Without Issuance Of The Discharge Order.

Deputy Clerk: **/s/ Greg Nunn**
Date: **November 4, 2009**
Form ohnb140

# CERTIFICATE OF NOTICE

```
District/off: 0647-1        User: gnunn           Page 1 of 1           Date Rcvd: Nov 04, 2009
Case: 09-13100             Form ID: 140           Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 06, 2009.
db/db       +Terry Weese,   Renee Weese,   10302 Hobart Road,   Kirtland, OH 44094-9726

The following entities were noticed by electronic transmission.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2009**                    **Signature:**         _Joseph Speetjens_