This document was signed electronically on December 04, 2009, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: December 04, 2009

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

200921079
(kef)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 09-13100 |
| Terry Weese | : | |
| Renee Weese | | Chapter 7 |
| | : | Judge PAT E MORGENSTERN-CLARREN |
| Debtors | : | |
| | : | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT** |
| | : | **PROPERTY LOCATED AT (10302 HOBART ROAD KIRTLAND, OH 44094)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Chase Home Finance, LLC.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 10302 Hobart Road Kirtland, OH 44094.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**


/s/ Steven H. Patterson
Ohio Supreme Court #0073452
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 73452
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

CitiMortgage
PO Box 9438
Gaithersburg, MD 20898

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
VIA ELECTRONIC SERVICE

Steven H. Patterson, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Paul J Silver, Esq.
2000 Lee Rd. #23
Cleveland Heights, OH 44118
paulsilveresq@gmail.com

Renee Weese
10302 Hobart Road
Kirtland, OH 44094

Terry Weese
10302 Hobart Road
Kirtland, OH 44094

Waldemar J. Wojcik, Trustee
526 Superior Avenue
Leader Bldg
#1030
Cleveland, OH 44114
wwojcik@epitrustee.com