This document was signed electronically on January 12, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

**Dated: January 12, 2010**

200934332
(kef)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 09-13100 |
| Terry Weese AKA Terrence A Weese | : | |
| Renee Weese | | Chapter 7 |
| | : | Judge PAT E MORGENSTERN-CLARREN |
| Debtors | : | |
| | : | **ORDER ABANDONING REAL ESTATE (10302 HOBART RD KIRTLAND, OH 44094)** |
| | : | |

This matter is before the Court on the Motion for Order Abandoning Real Estate ("Motion") filed by CitiMortgage, Inc., (movant) as to the real estate located at 10302 Hobart Rd Kirtland, OH 44094, described in movant's mortgage.

The Court finds that Movant has alleged that good cause exists for granting the Motion; Debtors, their counsel, and any other necessary party were served with notice of the Motion and

Certificate of Service; Debtors and any other served parties have failed to file a response or otherwise appear in opposition to the Motion, and it appears appropriate to grant the relief requested.

IT IS ORDERED that the Motion is granted and the Trustee is directed to abandon the above described real estate.

###

SUBMITTED BY:


/s/      Edward J. Boll, Case Attorney
Ohio Supreme Court Reg. #0072982
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com


Copies to:

Edward J. Boll, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-5480

Chase Mortgage
3415 Vision Drive
Columbus, OH 43219

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

Paul J Silver, Esq.
2000 Lee Rd. #23
Cleveland Heights, OH 44118
paulsilveresq@gmail.com

Renee Weese
10302 Hobart Rd
Kirtland, OH 44094

Terry Weese
10302 Hobart Rd
Kirtland, OH 44094

Waldemar J. Wojcik, Trustee
526 Superior Avenue
Leader Bldg
#1030
Cleveland, OH 44114
wwojcik@epitrustee.com