Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 09−13100−pmc**

**In re:**
Terry Weese
10302 Hobart Road
Kirtland, OH 44094

Renee Weese
10302 Hobart Road
Kirtland, OH 44094

**Social Security No.:**
xxx−xx−0586

xxx−xx−1129

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ Waldemar J Wojcik is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☒ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 26, 2010
Form ohnb136

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge